LETTERS OF OFFICE - DECEDENT'S ESTATE (Rev. 12/23/03) CCP 0415

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, PROBATE DIVISION

Estate of

**LEONOR BALCAZAR**

No. **2015 P 006829**

Docket

Deceased Page

## LETTERS OF OFFICE - DECEDENT'S ESTATE

GUADALUPE LUNA _____ has been appointed

Independent _____ Administrator _____ of the estate of

**LEONOR BALCAZAR** _____, deceased,

who died **Tuesday, October 13, 2015** _____, and is authorized to to take possession of and collect the estate of the decedent and to do all acts required by law.

LS

WITNESS, **November 10, 2015** _____

**Dorothy Brown**
Clerk of the Circuit Court

### CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

DB

WITNESS, **November 10, 2015** _____

*Dorothy Brown* (signature)
Clerk of Court

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**