

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Vanessa Balcazar, as Successor Independent Administrator of the Estate of LEONOR BALCAZAR, Deceased<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | ) ) ) ) ) ) No. 1:16-cv-10808 ) ) Judge Harry D. Leinenweber ) ) ) ) ) ) |

### ORDER APPROVING SETTLEMENT

THIS CAUSE coming on to be heard on Petition of, VANESSA BALCAZAR, Successor Independent Administrator of the Estate of LEONOR BALCAZAR, Deceased, by and through her attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, for the entry of an Order approving a settlement in the amount of TWO HUNDRED THOUSAND and 00/100 ($200,000.00) DOLLARS, the Court finds as follows:

1. That Plaintiff's decent, Leonor Balcazar, died on October 13, 2015.

2. That on November 10, 2015, Guadalupe Luna was appointed Independent Administrator of the Estate of Leonor Balcazar by the Probate Division of The Circuit Court of Cook County Case No. 2015 P 006829.

3. That on March 8, 2017, Vanessa Balcazar was appointed Successor Independent Administrator of the Estate of Leonor Balcazar by the Probate Division of The Circuit Court of Cook County Case No. 2015 P 006829.

4. That Plaintiff has alleged that Leonor Balcazar received negligent care by Chicago Family Health Clinic. Specifically, it is alleged that Chicago Family Health Clinic failed to refer

1

Leonor Balcazar, to the appropriate specialty for work-up of her abnormal CT findings of June 28, 2012. Plaintiff alleges that as a result of Defendant's failure, there was a twenty-six-monthly delay in the diagnosis and treatment of cancer.

5. On October 13, 2015, Leonor Balcazar died as a result of metastatic liver cancer.

6. As a result of the aforesaid occurrence, Petitioner made a claim against United States of American, pursuant to the Federal Tort Claims Act.

7. That Vanessa Balcazar retained the legal service of Kralovec, Jambois & Schwartz, to represent the Estate of Leonor Balcazar in the aforesaid claim.

8. The settlement of TWO HUNDRED THOUSAND and 00/100 ($200,000.00) DOLLARS (with 75% being attributed to Wrongful Death and 25% being attributed to Survival) is fair and reasonable and VANESSA BALCAZAR, Successor Independent Administrator of the Estate of LEONOR BALCAZAR, is authorized to accept said settlement.

9. The attorneys for Petitioner, Kralovec, Jambois & Schwartz, are entitled to fees in the amount of FIFTY THOUSAND and 00/100 ($50,000.00) DOLLARS.

10. The attorneys for Petitioner, Kralovec, Jambois & Schwartz, are entitled to reimbursement for expenses attributable to this lawsuit and incurred by Kralovec, Jambois & Schwartz in the amount of SEVENTY-SEVEN THOUSAND SIX HUNDRED AND SEVENTY-NINE and 67/100 ($77,679.67) DOLLARS.

11. That Mayo Clinic has asserted a lien and allowed in the sum of TWO THOUSAND TWO HUNDRED and 00/100 ($2,200.00) DOLLARS.

12. That there are no other liens asserted in this matter.

13. That the next of kin (heirship as set forth in 755 5/2-1 et seq.) of the Decedent is as follows:

| Name | Relationship | Adult, Disabled Adult, Minor |
|---|---|---|
| Serafin Balcazar | Husband | Adult |
| Vanessa Blacazar | Daughter | Adult |
| Guadalupe Luna | Daughter | Adult |
| Nicolas Balcazar | Son | Adult |
| Gloria Martinez | Daughter | Adult |
| Estela Arceo | Daughter | Adult |

14. That the percentage of dependency determined by this Court for the next of kin (heirship as set forth in 755 5/2-1 et seq.) of the Decedent, as identified in paragraph 13, is as follows:

| Name | Percent of Dependency |
|---|---|
| Serafin Balcazar | 16.6666% |
| Vanessa Balcazar | 16.6666% |
| Guadalupe Luna | 16.6666% |
| Nicolas Balcazar | 16.6666% |
| Gloria Martinez | 16.6666% |
| Estela Arceo | 16.6666% |

15. That after the deduction of attorneys' fees, attorneys' itemized costs, and the Mayo Clinic lien, the net amount distributable for the Wrongful Death proceeds to the next of kin is $52,590.25 and should be distributed as follows:

| Name | Percent of Dependency | Amount |
|---|---|---|
| Serafin Balcazar | 16.6666% | $8,765.05 |
| Vanessa Balcazar | 16.6666% | $8,765.04 |
| Guadalupe Luna | 16.6666% | $8,765.04 |
| Nicolas Balcazar | 16.6666% | $8,765.04 |
| Gloria Martinez | 16.6666% | $8,765.04 |
| Estela Arceo | 16.6666% | $8,765.04 |

16. That after the deduction of attorneys' fees, attorneys' itemized costs, and the Mayo Clinic lien, the net amount distributable for the Survival proceeds to the Estate of Leonor Balcazar is $17,530.08.

17. That the settlement proceeds should be distributed in accordance with the above percentages of dependency and as stated above:

| Description | Amount |
| --- | --- |
| Attorneys' Fees - Kralovec, Jambois & Schwartz | $50,000.00 |
| Attorneys' Expenses - Kralovec, Jambois & Schwartz | $77,679.67 |
| Medical Lien – Mayo Clinic | $2,200.00 |
| Estate of Leonor Balcazar | $17,530.08. |
| Serafin Balcazar | $8,765.05 |
| Vanessa Balcazar | $8,765.04 |
| Guadalupe Luna | $8,765.04 |
| Nicolas Balcazar | $8,765.04 |
| Gloria Martinez | $8,765.04 |
| Estela Arceo | $8,765.04 |
| **TOTAL:** | **$200,000.00** |

18. The Defendant, United States of America, is hereby dismissed and this claim is dismissed in its entirety with prejudice and without costs pursuant to settlement of this matter.

IT IS FURTHER ORDERED: that the settlement is approved and VANESSA BALCAZAR, Successor Independent Administrator of the Estate of LEONOR BALCAZAR, Deceased, is authorized and directed to execute releases upon receipt of the sum offered and to distribute the proceeds in accordance with the provisions of this Order.

ENTERED: 9-13-18

JUDGE

John B. Kralovec
Joseph M. Conboy
KRALOVEC, JAMBOIS & SCHWARTZ
60 W. Randolph St., 4th Floor
Chicago, Illinois 60601
P: (312) 782-2525
F: (312) 855-0068
ARDC #: 6323756
jconboy@kjs-law.com